

**PRYOR CASHMAN LLP**

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806     www.pryorcashman.com

**Todd B. Marcus**
Partner
Direct Tel: 212-326-0105
Direct Fax: 212-798-6301
tmarcus@pryorcashman.com

June 17, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
 Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Kenneth Cole Productions, Inc. v. Sitoy K Retailing Company Limited, et al.*,
            **Case No. 1:20-cv-03474-CGS**

Dear Judge Schofield:

    We are attorneys for Plaintiff Kenneth Cole Productions, Inc., in the above-referenced action.

    Pursuant to Rule 1(B)(2) of Your Honor's Individual Rules and Practices for Civil Cases, we and counsel for Defendants, Cohen & Gresser LLP, jointly request a one-week further extension of (a) the date by which the parties are required to submit the joint letter and joint Proposed Civil Case Management Plan and Scheduling Order, from June 18, 2020 to June 25, 2020, and (b) the Initial Pretrial Conference in this case, from June 25, 2020 to July 2, 2020, at 10:40 AM (or such other time as is convenient for the Court). This is the parties' second request to extend these dates based on their on-going good faith settlement discussions. The parties believe they are close to reaching a resolution and seek the additional time to determine if the matter can be resolved amicably.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,

    */s/ Todd B. Marcus*

    Todd B. Marcus

Application GRANTED. The initial pretrial conference, scheduled for June 25, 2020, is ADJOURNED to **July 2, 2020, at 10:40 a.m.** The parties shall file the joint letter and proposed Case Management Plan and Scheduling Order by June 25, 2020.

Dated: June 18, 2020
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE